**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| **KENNY JAMES TRAVIS** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Case No. 3:06CV0009WRW** |
| | * | |
| **MICHAEL RUSSELL,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE for

failure to state a claim for relief.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would

not be taken in good faith.

DATED this 1st day of June, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE