IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY JAMES TRAVIS                                                                PLAINTIFF

v.                                              3:06CV00009-WRW

MICHAEL RUSSELL, *ET AL.*                                                      DEFENDANTS

ORDER

Pending is Plaintiff's Motion for Reconsideration (Doc. No. 16).  After a thorough review of the pleadings, Plaintiff's motion is DENIED.

IT IS SO ORDERED this 12th day of June, 2006.


                                                                /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE